U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED · LAFAYETTE

JUL 2 4 2013

~~~~~~~ CLERK
~~~ ~~~~~~~~

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAFAYETTE DIVISION

BRENDALL BOURQUE        CIVIL ACTION NO. 6:13-cv-0379
     LA. DOC #129785
VS.                           SECTION P

                              JUDGE RICHARD T. HAIK, SR.

WARDEN, FRANKLIN PARISH
DETENTION CENTER        MAGISTRATE JUDGE C. MICHAEL HILL

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that this petition for *habeas corpus* be **DISMISSED WITHOUT PREJUDICE** because petitioner failed to exhaust available State court remedies prior to filing suit.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 23rd day of July, 2013.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE